IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID HATCHIGIAN and JOAN RANDAZZO | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| AAA MID-ATLANTIC MEMBER RELATIONS and AMERICAN AUTOMOTIVE ASSOCIATION | : | NO.   19-4740 |

# ORDER

**AND NOW**, this 27th day of May, 2020, upon consideration of Plaintiffs' "Motion to Remand" (Docket No. 5) and all documents filed in connection therewith, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** as follows:

1. The Motion to Remand is **GRANTED**.

2. Plaintiffs' request for an award of attorneys' fees is **DENIED**.

3. This matter is **REMANDED** to the Court of Common Pleas of Philadelphia County.

4. Defendants' "Motion to Dismiss Plaintiff's Complaint" (Docket No. 4) and "Motion to Strike Plaintiffs' Opposition to Defendant's Motion to Dismiss and First and Second Amended Oppositions to Defendant's Motion to Dismiss" (Docket No. 12) are **DISMISSED** without prejudice as moot.

5. The Clerk of Court shall **CLOSE** this matter.

BY THE COURT:

/s/ John R. Padova
John R. Padova, J.